IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 mj 19-4

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Vs. ) | ORDER |
| GARY RAY BISHOP, ) | |
| Defendant. ) | |

THIS MATTER has come before the undersigned pursuant to Government's Motion to Dismiss Count Two (#9) filed by the government. It appears that the government wishes to dismiss the charges contained in Count Two of the bill of information which present charges against Defendant Bishop. The motion will be allowed.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that Government's Motion to Dismiss Count Two (#9) is hereby **ALLOWED** and the charges against Gary Ray Bishop as contained in Count Two are hereby dismissed.

Signed: May 2, 2013

Dennis L. Howell
United States Magistrate Judge

1